UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SROGA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 CV 5501 |
| | ) | |
| v. | ) | Judge |
| | ) | |
| SHERIFF THOMAS DART, officially and COUNTY OF COOK | ) ) | Magistrate Judge |
| | ) | |
| Defendants. | ) ) | Jury Demand |

## COMPLAINT AT LAW

**NOW COMES**, the Plaintiff, KEVIN SROGA, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, SHERIFF THOMAS DART, individually, and the COUNTY OF COOK, a municipal corporation, as follows:

### COUNT I

1. This action is brought pursuant to the laws of the United States Constitution, specifically 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, KEVIN SROGA and accomplished by acts and/or omissions of the Defendants SHERIFF THOMAS DART, Warden, and the COUNTY OF COOK, committed under color of law.

2. Jurisdiction is based on Title 28 U.S. C. §1343 and §1331 and supplemental jurisdiction.

3. The Plaintiff, KEVIN SROGA, at all relevant times, was a United States citizens and permanent resident of the State of Illinois.

4. The Defendant, SHERIFF THOMAS DART, officially is responsible for the custody, security and management of the Cook County Jail.

5. The COUNTY OF COOK is a duly created municipal government body in charge of County facilities including the housing of detainees at Cook County Jail at 2700 S. California Street, Chicago, Illinois.

6. On July 12, 2009 the plaintiff KEVIN SROGA was sentenced on several criminal charges and was sentences to 30 days concurrently.

7. Accordingly and pursuant to the rules practices and procedures the plaintiff amount be entitled to serve his time and receive one day for each day served of good time.

8. The plaintiff had no incidents and was entitled to be released on or about August 12, 2009.

9. The Plaintiff KEVIN SROGA was not released.

10. The Plaintiff KEVIN SROGA complained and filed his grievance.

11. The Plaintiff KEVIN SROGA was not released until August 19, 2009.

12. The Plaintiff was unlawfully held in violation of the fourth and eighth amendment and protected by42 U.S.C. §1983.

13. Said action in holding detainees past their time is a practice and policy of the Defendants'.

14. As a result of the actions and omissions of the Defendant's the Plaintiff suffered pain, suffering, emotional anxiety, monetary loss and damages.

15. The actions of the defendants were irresponsible and in reckless disregard of the Plaintiff KEVIN SROGA'S rights.

**WHEREFORE,** the Plaintiff, KEVIN SROGA, prays that this honorable court grant judgment in his favor and against the Defendants' jointly and severally in an amount

in excess of Ten Thousand Dollars ($10,000.00) in compensatory damages and Five Thousand Dollars ($5,000.00) in punitive damages, plus attorneys' fees and costs.

**JURY DEMAND**

I, Kevin Sroga hereby request trial by jury.

Respectfully submitted:

Kevin Sroga

By: /s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830