UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SROGA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 CV 5501 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| SHERIFF THOMAS DART, officially and | ) | Magistrate JudgeSchenkier |
| COUNTY OF COOK | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |
| | ) | |

## RESPONSE TO COURT ORDER DATED OCTOBER 26, 2011

NOW COMES Plaintiff KEVIN SROGA, by and through one of his attorneys, David S. Lipschultz, and in support of his Response to Court Order Dated October 26, 2011, states as follows:

1.      On October 26, 2011, the Honorable Matthew F. Kennelly issued an Order directing the Plaintiff to show cause why a sanction should not be imposed for his attorney's failure to appear in court on the same date for a Rule 16(b) status hearing.

2.      On October 19, 2011, the undersigned attorney's paralegal, Aurelio Aguilar, failed to enter into the undersigned's law firm's computer docketing system that the initial status hearing on October 26, 2011 was advanced from 9:00 a.m. to 8:30 a.m. Instead, Mr. Aguilar noted the court time as 9:30 a.m. (See Mr. Aguilar's affidavit attached as Exhibit 1.)

3.      On October 26, 2011, the undersigned attorney had court appearances in another case (Altman et al. v. Helgesen, et al., Case No. 10 CV 5619) at 9:00 a.m. before Judge Gettleman and at 9:45 a.m. before Judge Soat Brown.

4.      Accordingly, the undersigned requested that his colleague, attorney Ronak

1

Patel, appear before Judge Kennelly for the initial status hearing in the present case. Both the undersigned attorney and Ms. Patel incorrectly believed that the time of the hearing was 9:30 a.m., for the reason explained in paragraph 2 above. Ms. Patel missed the court hearing. (See Ms. Patel's affidavit attached as Exhibit 2.)

5.     The undersigned attorney accepts ultimately responsibility and apologizes for his failure to review the actual court order of October 19, 2011, which showed the correct time of the hearing. The undersigned attorney should not have relied alone on the firm's computer docketing system.

6.     Immediately after missing court, the undersigned attorney went to this Court's deputy, Ms. Olga Rouse, and apologized. The undersigned explained his absence and asked Ms. Rouse to convey his apology to Judge Kennelly.

7.     Also, the undersigned immediately called Richard Shippee, attorney for the Defendants, and apologized for the inconvenience caused by the mistake.

8.     The undersigned respectfully requests the court to note that the law firm of Gregory E. Kulis & Associates regularly has well-over fifty cases pending in his courthouse and rarely fails to appear for court.

9.     The undersigned respectfully requests that this Honorable Court to not impose sanctions for the firm's error.

Respectfully submitted:

Kevin Sroga

By: /s/ David S. Lipschultz
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830

2