Kevin Sroga
                          Plaintiff,

v.                                         Case No.: 1:11−cv−05501
                                                  Honorable Matthew F. Kennelly

Thomas Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Rule 16(b) Status hearing held. The order to show cause dated 10/26/2011 is vacated. Pursuant to settlement, the case is dismissed with leave to reinstate on or before 12/23/2011 if documentation is not completed. All pending motions are terminated., Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.